PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Daniel Israel Perez          Cr.: 18-00169-001
                                                                    PACTS #: 4470683

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/13/2019

Original Offense:    Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846

Original Sentence: Time Served, 5 years' supervised release

Special Conditions: Drug Testing and Treatment, Life Skills/Education, and Motor Vehicle Compliance.

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/13/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special condition which states **'you must not operate any motor vehicle without a valid driver's license issued by the State of New Jersey, or in the state in which you are supervised. You must comply with all motor vehicle laws and ordinances and must report all motor vehicle infractions (including any court appearances) within 72 hours to the U.S. Probation Office.'** |
| | On January 30, 2022, Perez received a motor vehicle violation for Driving while Suspended. Perez was ordered to appear in Court on March 15, 2022. Perez did not notify the probation office within 72 hours as required. |

U.S. Probation Officer Action:

When confronted regarding his noncompliance, Perez reported he was with his wife at the Perth Amboy waterfront sitting in the driver's seat but was not driving the vehicle when the officer approached him in the car. Perez was verbally reprimanded for his actions. We recommend presentation of the attached Probation Form 12A to Perez as a written reprimand issued under the authority of the Court. If his non-compliance continues, the Court will be notified immediately.

Prob 12A – page 2<br>Daniel Israel Perez

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*              *03/11/2022*
KELLY A. MACIEL               Date
U.S. Probation Technician

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[x] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

March 11, 2022
Date